UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Federal National Mortgage Association

       v.          Civil No. 11-cv-542-JL

Borak et al

O R D E R

By orders of December 20 and 21, 2011, this case was remanded to the Plaistow District Court and closed.  Accordingly, the Clerk shall accept no further filings from either party unless accompanied by a separate motion seeking to reopen the case and stating grounds for that relief.  Attempted filings that do not comply with this requirement shall be returned without docketing.

       SO ORDERED.

*/s/ Joseph N. Laplante*

February 1, 2012          _____
        Joseph N. Laplante
        Chief Judge

cc:    Charles W. Gallagher, Esq.
        Christopher J. Fischer, Esq.
        Gary P. Borak, Pro se