UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Federal National Mortgage Association</u>

       v.                                     Civil No. 11-cv-542-JL

<u>Borak et al</u>

O R D E R

By orders of December 20 and 21, 2011, this case was remanded to the Plaistow District Court and closed. Accordingly, the Clerk shall accept no further filings from either party unless accompanied by a separate motion seeking to reopen the case and stating grounds for that relief. Attempted filings that do not comply with this requirement shall be returned without docketing.

                                                 SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                                 Chief Judge

February 1, 2012

cc:    Charles W. Gallagher, Esq.
        Christopher J. Fischer, Esq.
        Gary P. Borak, Pro se